## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA     *

                             *     CASE NO.  4:16CR00236-01 SWW

V.                             *

                             *

SHUMECIO MARQUEZ FORD     *

## ORDER

On February 23, 2021, the Court held a hearing on the United States' motion [ECF No. 3] to revoke the supervised release previously granted Defendant. Defendant was present at the hearing.  Also present was Defendant's attorney, Lawrence Anthony Walker, and Assistant United States Attorney Cameron McCree for the Government.  Based on the statements on the record, the Court found that Defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the Government's motion to revoke supervised release [ECF No. 3] is **GRANTED**, and that the supervised release previously granted Defendant is **REVOKED.**

IT IS FURTHER ORDERED that Defendant shall serve a ***term of imprisonment of SIX (6) MONTHS*** in the custody of the Bureau of Prisons.  The Court recommends that Defendant be incarcerated at the Federal Correctional

1

Institution in Texarkana, Texas, and requests that the Bureau of Prisons provide necessary treatment for Defendant's heart condition and medical needs.

There will be *SIX (6) MONTHS of supervised release* following the term of incarceration.  All general and standard conditions of supervised release previously imposed remain in full force and effect.  In addition, Defendant will be subject to the following special condition of supervised release:

1.  Defendant must participate, under the guidance and supervision of the United States Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office.  In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

The Court determined that Defendant is eligible to self-report to the designated Bureau of Prisons facility on *Monday, April 19, 2021, by noon*.

IT IS SO ORDERED THIS 25TH  DAY OF FEBRUARY, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE